RECEIVED
JUN 25 2024
US DISTRICT COURT
MID DIST TENN

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

LORRAINE FLINT, DARREN FLINT,
NICOLE FLINT and CARYN FLINT,

    Plaintiffs,

vs.

FEIT ELECTRIC COMPANY, INC.,

    Defendant.

Case No: 3:24-cv-00324
Jury Demanded

## MOTION TO WITHDRAW AS COUNSEL

**COMES NOW**, Paul M. Adams, Esq., the undersigned counsel for the Plaintiffs, in the above matter, and for good cause would respectfully move the Court for entry of an order allowing him to withdraw as counsel for and to be removed as surety.

In support of the motion, counsel would state that he is not licensed to practice in this Court.

The undersigned counsel certifies that he has given written notice to the Plaintiffs of his intent to withdraw as counsel of record. (see attached Exhibit "A").

Respectfully submitted this 29th day of May, 2024.

_____
Paul M. Adams, Esq. (#97/1810)
Email: padams@schwedlawfirm.com
Attorney for Plaintiff
Schwed, Adams & McGinley, P.A.
88 Union Avenue
11th Floor, Suite 1100
Memphis, Tennessee 38103
Telephone: (901) 313-3411
Facsimile: (901) 577-1400

## CERTIFICATE OF SERVICE

I, Paul M. Adams, do hereby certify that a true and correct copy of the foregoing has been sent for service this 29th day of May, 2024, to: C. Douglas Dooley, Esq., Leitner, Williams, Dooley & Napolitan, PLLC, 200 West Martin Luther King Blvd., Suite 500, Chattanooga, TN 37402, doug.dooley@leitnerfirm.com., Lorraine Flint and Darren Flint,1533 Edgewater Lane, Clarksville, TN 37043.

                                                                      Paul M. Adams, Esq.

# SCHWED LAW
## PERSONAL INJURY ATTORNEYS

### SCHWED, ADAMS & MCGINLEY, P.A.

www.schwedlawfirm.com

| NASHVILLE, TENNESSEE | ALL CORRESPONDENCE TO THIS LOCATION | CHATTANOOGA, TENNESSEE |
|---|---|---|
| TELEPHONE: (615) 239-5646 | 88 UNION AVE, SUITE 1100 | TELEPHONE: (423) 285-1999 |
| FACSIMILE: (615) 709-3270 | MEMPHIS, TENNESSEE 38103 | FACSIMILE: (423) 507-0022 |
| | TELEPHONE: (901) 313-3411 | |
| | FACSIMILE: (901) 577-1400 | |
| | TOLL FREE: (877) 694-6079 | |

Via U.S. Mail & Email: lorraine_flint@yahoo.com

Wednesday, May 29, 2024

Lorraine and Darren Flint
1533 Edgewater Lane
Clarksville, TN 37043

**Re:** **Flint, Lorraine and Darren Flint v. Feit Electric Company, Inc.**
**D/Loss:** **January 15, 2023**

Dear Lorraine and Darren:

As discussed, your case has been removed to the Middle District of Tennessee (Federal Court) and I am not licensed to practice in that venue; therefore, I will need to withdraw from your case. Enclosed you will find a copy of the Motion to Withdraw to be filed with the Court.

Two of the firm's partners, Allen Gressett and Jason Dollard will be representing you moving forward.

Yours very truly,

Paul M. Adams
PMA/ad

Enclosure (as stated)



EXHIBIT "A"

SCHWED LAW
PERSONAL INJURY ATTORNEYS
SCHWED, ADAMS & McGINLEY, P.A.

88 Union Center
88 Union Avenue
11th Floor, Suite 1100
Memphis, TN 38103

U.S.D.C. MIDDLE DISTRICT OF TN
Clerk of Court
719 CHURCH ST STE 1300
NASHVILLE TN 37203-7095



$1.12°
US POSTAGE
FIRST-CLASS
FROM 38103
05/29/2024
stamps
endicia

RECEIVED
JUN 25 2024
US DISTRICT COURT
MID DIST TENN