SCHWED LAW
PERSONAL INJURY ATTORNEYS
SCHWED, ADAMS & MCGINLEY, P.A.
www.schwedlawfirm.com

NASHVILLE, TENNESSEE
TELEPHONE: (615) 239-5646
FACSIMILE: (615) 709-3270

ALL CORRESPONDENCE TO THIS LOCATION
88 UNION AVE, SUITE 1100
MEMPHIS, TENNESSEE 38103
TELEPHONE: (901) 313-3411
FACSIMILE: (901) 577-1400
TOLL FREE: (877) 694-6079

CHATTANOOGA, TENNESSEE
TELEPHONE: (423) 285-1999
FACSIMILE: (423) 507-0022

RECEIVED
JUN 25 2024
US DISTRICT COURT
MID DIST TENN

Wednesday, May 29, 2024

U.S. D.C., Middle District of Tennessee
719 Church Street, Suite 1300
Nashville, TN 37203

**Re: Flint, Lorraine and Darren Flint v. Feit Electric Company, Inc.**
**D/Loss: January 15, 2023**
**Case No.: CC-24-CV-85**

Dear Clerk of Court:

Enclosed please find the original and two copies of the Motion to Withdraw as Counsel on behalf of attorney Paul Adams to be filed in the above referenced matter. Please return the file-stamped copy in the envelope provided.

Very truly yours,

ANGELA DOWDY,
LITIGATION PARALEGAL

ENCLOSURES (AS STATED)

SCHWED LAW
PERSONAL INJURY ATTORNEYS
SCHWED, ADAMS & MCGINLEY, P.A.

88 UNION CENTER
88 UNION AVENUE
11TH FLOOR, SUITE 1100
MEMPHIS, TN 38103

$1.12⁰
US POSTAGE
FIRST-CLASS
FROM 38103
05/29/2024
stamps
endicia
062S0014950449

U.S.D.C. MIDDLE DISTRICT OF TN
Clerk of Court
719 CHURCH ST STE 1300
NASHVILLE TN 37203-7095

RECEIVED
JUN 25 2024
US DISTRICT COURT
MID DIST TENN