UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE

**Lorraine Flint, et al.,**
   *Plaintiffs*

**v.**

**Feit Electric Company, Inc.**
   *Defendant*

3:24-cv-00324

Judge Eli J. Richardson

Magistrate Judge Alistair E. Newbern

## State Farm Fire and Casualty Company's Notice of Subrogation Interest and Lien

Plaintiff State Farm and Casualty Company insured the Flints' home when the fire at issue in this lawsuit occurred. We later paid the Flints $758,499.26 for losses arising from that fire as legally required by an insurance contract. As you can see from the accompanying exhibits, we have alerted the Flints to our recovery/subrogation interest in any recovery here.

Thursday, August 15, 2024
Knoxville, Tennessee

Respectfully submitted,

QUIST, FITZPATRICK & JARRARD PLLC

By: /s/ *Michael A. Durr*
Michael A. Durr (TBA 26746)
800 South Gay Street, Suite 2121
Knoxville, Tennessee 37929
Direct: (865) 312-0440
Email: mdurr@qfjlaw.com
*Attorney for Plaintiff State Farm*

**Certificate of Service**

I hereby certify that on Thursday, August 15, 2024 that I served this document by electronic mail to the following counsel of record through the following email addresses:

- Jason Dollard, Esq.
  Allen Gressett, Esq.
  JDollard@schwedlawfirm.com
  agressett@schwedlawfirm.com

- C. Douglas Dooley, Esq.
  Laura Bassett, Esq.
  Doug.dooley@leitnerfirm.com
  Laura.bassett@leitnerfirm.com

By: /s/ *Michael A. Durr*
Michael A. Durr