# QUIST, FITZPATRICK & JARRARD
### PLLC

**Michael A. Durr**
Licensed in TN, TX & NC
Direct: (865) 312-0440
mdurr@qfjlaw.com

**Wednesday, June 26, 2024**

Darren & Lorraine Flint
c/o Paul Adams
SCHWED, ADAMS & MCGINLEY, P.A.
Palm Beach Gardens, Florida
PAdams@SChwedlawfirm.com
VCacchioli@SChwedlawfirm.com

**Re:** Flint 42-44J8-29W | January 15, 2023 fire loss in Clarksville, Tennessee

Mr. Adams:

Reconfirming State Farm's subrogation interest in the lawsuit you have filed on behalf of the Flints, pending in the Western District of Tennessee.

State Farm has paid the Flints $758,499.26 for losses arising out of the fire. Please know that you have no authority to negotiate or release that interest.

Please call if any of this is unclear. Thank you.

Sincerely,
QUIST, FITZPATRICK & JARRARD PLLC

By: Michael A. Durr

cc: FEIT Electric
c/o Doug Dooley
LEITNER WILLIAMS DOOLEY NAPOLITAN, PLLC
doug.dooley@leitnerfirm.com

## Michael A. Durr

**From:** Michael A. Durr <mdur@qfjlaw.com>
**Sent:** Wednesday, June 26, 2024 5:23 PM
**To:** 'Doug Dooley'; 'Paul M. Adams'; 'pma_team@schwedlawfirm.com'
**Subject:** 24.06.26 FlintD | 42-44J8-29W | January 15, 2023 fire loss in Clarksville, Tennessee | State Farm Notice of Subrogation Interest
**Attachments:** 24.06.26 FlintD - Reimbursement Notice.pdf

Letter attached.

Michael A. Durr | Quist, Fitzpatrick & Jarrard PLLC
800 South Gay Street, Suite 2121 | Knoxville, TN 37929
Direct: (865) 312-0440 | E-mail: mdurr@qfjlaw.com
Follow me on LinkedIN

---

**From:** Michael A. Durr <mdur@qfjlaw.com>
**Sent:** Thursday, June 13, 2024 11:12 AM
**To:** 'Doug Dooley' <doug.dooley@leitnerfirm.com>; 'Paul M. Adams' <PAdams@schwedlawfirm.com>
**Subject:** 24.06.13 FlintD | 42-44J8-29W | January 15, 2023 fire loss in Clarksville, Tennessee | State Farm Intervention

Gents,

Let us know if you are opposed to State Farm intervening. Thanks.

Michael A. Durr | Quist, Fitzpatrick & Jarrard PLLC
800 South Gay Street, Suite 2121 | Knoxville, TN 37929
Direct: (865) 312-0440 | E-mail: mdurr@qfjlaw.com
Follow me on LinkedIN

This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

# Michael A. Durr

| | |
|---|---|
| **From:** | Michael A. Durr <mdur@qfjlaw.com> |
| **Sent:** | Thursday, June 13, 2024 11:18 AM |
| **To:** | 'pma_team@schwedlawfirm.com' |
| **Subject:** | FW: 24.06.13 FlintD | 42-44J8-29W | January 15, 2023 fire loss in Clarksville, Tennessee | State Farm Intervention |
| **Attachments:** | Flint Docket.pdf |

_____

Michael A. Durr | Quist, Fitzpatrick & Jarrard PLLC

800 South Gay Street, Suite 2121 | Knoxville, TN 37929

Direct: (865) 312-0440 | E-mail: mdurr@qfjlaw.com

Follow me on LinkedIN

**From:** Michael A. Durr <mdur@qfjlaw.com>
**Sent:** Thursday, June 13, 2024 11:12 AM
**To:** 'Doug Dooley' <doug.dooley@leitnerfirm.com>; 'Paul M. Adams' <PAdams@schwedlawfirm.com>
**Subject:** 24.06.13 FlintD | 42-44J8-29W | January 15, 2023 fire loss in Clarksville, Tennessee | State Farm Intervention

Gents,

Let us know if you are opposed to State Farm intervening. Thanks.

_____

Michael A. Durr | Quist, Fitzpatrick & Jarrard PLLC

800 South Gay Street, Suite 2121 | Knoxville, TN 37929

Direct: (865) 312-0440 | E-mail: mdurr@qfjlaw.com

Follow me on LinkedIN

This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.