# QUIST, FITZPATRICK & JARRARD
PLLC

Michael A. Durr
Licensed in TN, TX & NC
Direct: (865) 312-0440
mdurr@qfjlaw.com

**Tuesday, January 24, 2023**

FEIT Electric
c/o John McMillin
Pico Rivera, California
JMcMillin@feit.com

**Re:** Flint 42-44J8-29W | January 15, 2023 fire loss in Clarksville, Tennessee

To Whom It May Concern:

State Farm Fire and Casualty Company has retained this law firm to protect its subrogation interest arising out of a fire that damaged the home of Darren and Lorraine Flint. Seen here after the fire, the home is located at or about 2509 Hattington Drive in Clarksville, Tennessee.



The fire occurred on or about January 15, 2023. A preliminary investigation suggests that the fire began at a 48" string of Feit LED lights.

The area where the fire began is still available for inspection. But demolition and reconstruction efforts must begin shortly to minimize interruption to the Flints. **For that reason, we have scheduled a final joint inspection for 9:30 a.m. (local time) on Thursday, February 2, 2023.**

First Horizon Plaza | 800 South Gay Street, Suite 2121
Knoxville, Tennessee 37929 | (865) 524-1873

Case 3:24-cv-00324   Document 18-2   Filed 08/15/24   Page 1 of 11 PageID #: 72

Following the site inspection on the 2nd, demolition, clean-up, and repairs will begin. So if you choose not to attend this inspection, you may lose the opportunity to inspect certain evidence.

You should know that State Farm may ultimately determine that you are responsible for the damage caused by the fire. So you should forward this letter to your liability carrier immediately to preserve your rights with that carrier.

If you are aware of other parties who may have an interest in the damaged property or who might be liable for the fire or the damage it caused, we will rely on you to provide a notice such as this to that party as soon as possible.

Participants are expected to bring their own photographic, measurement, and documentation equipment, as well as any safety gear they consider necessary. We will permit video recording but no audio recording of any kind. If you have a request for a specific method of inspection, or if you would like confirmation that specific equipment will be present, let us know in writing as soon as possible.

Inspections like this are difficult to arrange and are subject to change on short notice: plan your travel accordingly.

Finally, while State Farm may "stand in the shoes" of its insured(s) for its recovery rights, this is notice to you that they are not agents of State Farm and lack any authority to advance, negotiate or release any claims, including any subrogated claims, that State Farm may have arising out of this loss.

Please call if any of this is unclear. Thank you.

Sincerely,

Quist, Fitzpatrick & Jarrard PLLC

By: Michael A. Durr

# Michael A. Durr

| | |
|---|---|
| **From:** | Michael A. Durr <mdur@qfjlaw.com> |
| **Sent:** | Tuesday, January 24, 2023 4:31 PM |
| **To:** | 'JMcMillin@feit.com' |
| **Subject:** | 23.01.24 FlintD | 42-44J8-29W | January 15, 2023 fire loss in Clarksville, Tennessee | Notice of Potential Claims & Final Loss Scene Exam |
| **Attachments:** | 23.01.24 FlintD - Notice Letter to FEIT.pdf |

Attached is notice to you of potential legal claims arising out of the January 15, 2023 fire at the Flint home at or about 509 Hattington Drive in Clarksville, Tennessee, and of a final scene exam on **Thursday, February 2, 2023 at 9:30 a.m**.

Please call with any questions.

Michael A. Durr | Quist, Fitzpatrick & Jarrard PLLC

800 South Gay Street, Suite 2121 | Knoxville, TN 37929

Direct: (865) 312-0440 | E-mail: mdurr@qfjlaw.com

This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

**QUIST, FITZPATRICK & JARRARD**
PLLC

Michael A. Durr
Licensed in TN, TX & NC
Direct: (865) 312-0440
mdurr@qfjlaw.com

**Tuesday, February 28, 2023**

FEIT Electric
c/o Doug Dooley
LEITNER WILLIAMS DOOLEY NAPOLITAN, PLLC
doug.dooley@leitnerfirm.com

Darren & Lorraine Flint
c/o Paul Adams
SCHWED, ADAMS & McGINLEY, P.A.
Palm Beach Gardens, Florida
PAdams@SChwedlawfirm.com
VCacchioli@SChwedlawfirm.com

**Re:** Flint 42-44J8-29W **|** January 15, 2023 fire loss in Clarksville, Tennessee

Dear Counsel:

We will reconvene to examine further the evidence collected from the loss site in February. This is notice to you of that exam and a protocol for completing it. As promised, we have attached the sign-in sheets and evidence logs from our scene inspections.

Technical Investigations' facility in Kennesaw, Georgia features the necessary space, conditions, and equipment to examine the retained evidence. The facility's street address is Life Storage, 1125 Roberts Boulevard NW. The office phone number is (404) 226-2270.

We will examine each piece of evidence individually, progressing from the least damaging methods to the most. Typically, that would involve unpacking the evidence and allowing visual inspection, measurement, and photography. Next, we would disassemble, clean, and reconstruct each item of evidence by consensus, pausing upon request to allow for photography, microscopic examination, or other analysis. We will permit video recording but no audio recording of any kind.

During the examination, we will generally adhere to the following:

- ASTM E-860-07 Standard Practice for Examining and Testing Items or May Become Involved in Criminal and Civil Litigation

- ASTM E-1188-11 Standard Practice for Collection and Preservation of Information and Physical Items by A Technical Investigator
- ASTM E-2332-04 Standard Practice for Investigation and Analysis of Physical Component Failures
- NFPA 921 Guide for Fire and Explosion Investigations (2021 edition)

Participants must bring their own photographic, measurement, and documentation equipment, as well as any safety gear they consider necessary.

If you have a request for a specific inspection method, or if you would like confirmation that certain equipment will be present, let us know in writing at least one week in advance.

Those who attend must provide to us in writing on an attendance sheet their name, address, phone number, email address, and identify whose interests they represent. If the examination goes on for more than one day, there will be an attendance sheet for each day. We will send a copy of this attendance sheet(s) to all who attend after the examination.

We anticipate altering some of the evidence so, again, if you are aware of others who may have an interest in the damaged property or who might be liable for the fire or the damage it caused, please provide a notice such as this to that party as soon as possible.

We hope and expect to complete the examination of all the retained evidence in one day. We have set aside **Thursday, March 23, 2023** for the exam, starting at 10:00 a.m.

Finally, inspections like this can be hard to arrange and are subject to change on short notice; please plan accordingly.

Please call if any of this is unclear. Thank you.

Sincerely,

QUIST, FITZPATRICK & JARRARD PLLC

By: Michael A. Durr

*Attachments*



5251 HIGHWAY 153 C-274
CHATTANOOGA, TN 37343
PHONE: 423-595-9745
FAX: 423-602-2162
INFO@INTEGRITYFIREANALYSIS.COM

Joint Inspection Sign-In Form
Name: Flint, Darren and Lorraine
Claim#: 42-44J8-29W (State Farm)
Date of Loss: 01/15/2023
Location: 2509 Hattington Drive, Clarksville, TN 37042
Date: February 2, 2023



Zack Yaez
Atty
azarius.yanez@leitnerfirm.com

Representing: State Farm/Flint
Signature: _____

Representing: Feit
Signature: _____

Representing: Feit
Signature: _____

Representing: Feit
Signature: _____

**Page 1 of 2**



**INTEGRITY FIRE ANALYSIS, LLC**
5251 HIGHWAY 153 C-274
CHATTANOOGA, TN 37343
PHONE: 423-595-9745
FAX: 423-602-2162
INFO@INTEGRITYFIREANALYSIS.COM

Joint Inspection Sign-In Form
Name: Flint, Darren and Lorraine
Claim#: 42-44J8-29W (State Farm)
Date of Loss: 01/15/2023
Location: 2509 Hattington Drive, Clarksville, TN 37042
Date: February 2, 2023

[Business card: Clarksville Fire Rescue, Captain William Keene, Fire Prevention, 821 Franklin Street | Clarksville, TN 37040, (931) 645-7462, FAX (931) 553-2499, william.keene@cityofclarksville.com, www.cityofclarksville.com]

Representing: _____C.F.R._____

Signature: _____W.D. Keene_____

Representing: _____

Signature: _____

Representing: _____

Signature: _____

Representing: _____

Signature: _____

**Page 2 of 2**



**Integrity Fire Analysis, LLC**
5251 HIGHWAY 153 C-274
HIXSON, TN 37343
423-595-9745

# Evidence Chain of Custody Form

| Date | 02/02/2023 | Company | State Farm | Client | Smith/Durr |
|---|---|---|---|---|---|
| Insured | Flint, Darren M. and Lorraine | | | | |
| Loss Location | 2509 Hattington Drive, Clarksville, TN 37042 | | | | |
| Date of Loss | 01/15/2023 | Claim Number | 42-44J8-29W | | |
| Date Collected | 02/02/2023 | Collected By | J.P. Ray | | |

| Item # | Evidence Description (Type, Model, Serial #, Condition, Marks, Scratches) |
|---|---|
| #1 | Cardboard Box W/ Zipper Bags Containing: |
| | #A- remains of LED string light stranded wiring and light components |
| | #B- remains of LED string light stranded wiring and components, hooks, candle lid |
| | #B.1- small zipper bag with bulb remains |
| | #C- LED string light wiring and components, hooks |
| | #C.1- remains of LED string light wiring and components found on concrete |
| | |
| | |
| | |
| | |

| Date/Time | Released From | Received by | Comments/Location |
|---|---|---|---|
| Date 02/02/2023 Time 17:30 | Print '  Sign | Print J.P. Ray  Sign | Collected from scene |
| Date 02/03/2023 Time 12:13 | Print J.P. Ray  Sign | Print Jerry Cline  Sign | Transfer for pending lab exam |
| Date Time | Print Sign | Print Sign | |
| Date Time | Print Sign | Print Sign | |



**Joint Inspection Sign-In Form**
Name: Flint, Darren and Lorraine
Claim#: 42-44J8-29W (State Farm)
Date of Loss: 01/15/2023
Location: 2509 Hattington Drive, Clarksville, TN 37042
Date: February 20, 2023

INTEGRITY FIRE ANALYSIS, LLC
5251 HIGHWAY 153 C-274
CHATTANOOGA, TN 37343
PHONE: 423-595-9745
FAX: 423-602-2162
INFO@INTEGRITYFIREANALYSIS.COM

| | |
|---|---|
| J.P. Ray — Owner/Senior Fire Investigator, Integrity Fire Analysis, LLC, Cell: 423-595-9745, Fax: 423-602-2162, 5251 Highway 153, C-274, Chattanooga, TN 37343, JP@IntegrityFireAnalysis.com, www.IntegrityFireAnalysis.com, MIAAI-CFI(V), IAAI-CI, IAAI-ECT, MIFireE, NAFI-CFEI | Representing: ____State Farm____<br><br>Signature: _[signature]_ |
| Robert R. Everett, IAAI-CFI, CFPS — Fire Consultant, RIMKUS, reverett@rimkus.com, 865.393.6047, 200 Prosperity Drive, Knoxville, TN 37923 | Representing: __Feit__<br><br>Signature: _[signature]_ |
| Feit<br>Atty: Zack Yaest<br>azario5: Zackyaelt<br>@leitnerfirm.c@ | Representing: __Feit__<br><br>Signature: _[signature]_ |
| | Representing: _____<br><br>Signature: _____ |



**INTEGRITY FIRE ANALYSIS, LLC**
5251 HIGHWAY 153 C-274
CHATTANOOGA, TN 37343
PHONE: 423-595-9745
FAX: 423-602-2162
INFO@INTEGRITYFIREANALYSIS.COM

Joint Inspection Sign-In Form
Name: Flint, Darren and Lorraine
Claim#: 42-44J8-29W (State Farm)
Date of Loss: 01/15/2023
Location: 2509 Hattington Drive, Clarksville, TN 37042
Date: February 21, 2023



INTEGRITY
FIRE ANALYSIS, LLC
5251 HIGHWAY 153 C-274
HIXSON, TN 37343
423-595-9745

# Evidence Chain of Custody Form

| Date | 02/21/2023 | Company | State Farm | Client | Smith/Durr |
|---|---|---|---|---|---|
| Insured | | Flint, Darren M. and Lorraine | | | |
| Loss Location | | 2509 Hattington Drive, Clarksville, TN 37042 | | | |
| Date of Loss | 01/15/2023 | Claim Number | 42-44J8-29W | | |
| Date Collected | 02/21/2023 | Collected By | J.P. Ray | | |

| Item # | Evidence Description (Type, Model, Serial #, Condition, Marks, Scratches) |
|---|---|
| **#2 Box** | **Grid-D:** Zipper bags D-1 w/ extension cord remains, D-2 w/timer remains, D-3 w/ Conductor (lights) remains found near timer, D-4 w/conductor remains found near timer (possible extension cord), D-5 w/receptacle spine, household branch circuit wire and various stranded copper conductors from ground near base of rear wall, D-6 with LED light (E363178) |
| | **Grid-E:** Zipper Bag E w/stranded copper conductor remains and bag E-1 w/ stranded copper conductor remains all from ground near base of the rear wall |
| | **Grid-F:** Zipper bags F-1 w/female ends of what appeared to be an extension cord, F-2 w/miscellaneous conductors (stranded and solid) and part of a 3-way plug adapter, F-3 w/extension cord remains from ground near base of rear wall and steps |
| | **Grid-G:** Zipper bag with 5-way plug adapter, two timers, and two extension cords from ground at rear of garage and north side yard |

| Date/Time | Released From | Received by | Comments/Location |
|---|---|---|---|
| Date 02/21/2023 Time 18:30 | Print / Sign | Print **J.P. Ray** / Sign | **Collected from scene and retained awaiting transfer** |
| Date Time | Print / Sign | Print / Sign | |
| Date Time | Print / Sign | Print / Sign | |
| Date Time | Print / Sign | Print / Sign | |